# Stewart v. The State.

### Capital Felony.

(Decided January 16, 1916.   70 South. 719.)

**Criminal Law; Appeal; Record; Arraignment; Sufficiency.**—Where the judgment entry on conviction of one charged with a capital felony combined the cases of two defendants, each being tried on separate indictments, the fact that the entry concluded with an incomplete recital as to the proceedings on the trial of the other defendant, was immaterial, and did not vitiate the recitals of the entry as to the defendant appealing.

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

Tom Stewart was convicted of a capital felony, and he appeals. Affirmed.

LEITH & GUNN, for appellant. W. L. MARTIN, Attorney General, and J. B. POWELL, for appellee.

SAYRE, J.—The assertion of counsel, that the record fails to show that defendant was arraigned and a day set for his trial as required by law, or that a special venire was drawn for the trial of defendant's case, is not borne out by the transcript of the proceedings. The record shows a strict compliance with the statute in these and all other respects. The judgment entry concludes with a statement or order concerning the case of one Tom Johnson, "also indicted for a capital felony," in another indictment; but that statement or order is foreign to the case of this defendant, and whether it shows compliance with the statute or not is immaterial here.

The judgment is affirmed.

Affirmed.

ANDERSON, C. J., and McCLELLAN and GARDNER, JJ., concur.